Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Veronica McKnight, Esq. (SBN: 306562)
bonnie@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Daniel G. Shay, Esq. (SBN: 250548)
danielshay@tcpafdcpa.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio S, Ste 101B
San Diego, CA 92108
Telephone:   (619) 222-7429
 Facsimile:   (866) 431-3292

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiffs,*
Florence Morris

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Florence Morris individually and on behalf of others similarly situated Plaintiffs,**<br><br>**v.**<br><br>**Hunter Warfield, Inc.**<br><br>            **Defendant.** | **Case No.: 3:16-CV-02835-LAB-DHB**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 14, 2017 for filing a joint dismissal.

Respectfully submitted,

Date: February 14, 2017                                    **HYDE & SWIGART**

                                                  By: s/ Joshua B. Swigart
                                                      Joshua B. Swigart
                                                      Attorneys for Plaintiff

**HYDE & SWIGART**
San Diego, California