# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS, individually, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br> vs.<br><br>HUNTER WARFIELD INC.,<br><br>        Defendant. | CASE NO. 16cv2835-LAB (DHB)<br><br>**ORDER OF DISMISSAL** |

  The Court grants the parties' joint motion to dismiss the action with prejudice. Fed. R. Civ. P. 41. The order of dismissal is without prejudice to the putative class. *See Broida v. Sirius XM Radio, Inc.*, No. 11CV1219-LAB, 2011 WL 6013588, at *3 (S.D. Cal. Dec. 1, 2011).

  **IT IS SO ORDERED**.

DATED: March 24, 2017

              *Larry A. Burns*
              **HONORABLE LARRY ALAN BURNS**
              United States District Judge